Opinion by DOWDELL, J.

---

# Huckeba v. Southern Building & Loan Association.

APPEAL from Clay Circuit Court.
Tried before the Hon. GEORGE E. RREWER.

KNOX, BOWIE & DIXON, for appellant.

LAWRENCE COOPER and WHITSON & GRAHAM, for appellee.

This is an action by the appellant against the appellee to recover the statutory penalty of two hundred dollars lor failure to enter upon the margin of the record of a mortgage, after request in writing, partial payments on the mortgage indebtedness, as provided by section

1065 of the Code of 1896 (Code of 1886, § 1868). There was judgment for the defendant. The judgment is affirmed, on the authority of *Southern B. & L. Asso. v. McCants, ante* p. 616.

Opinion by McCLELLAN, C. J.